**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSTANCE HENRY, on behalf of herself   :   Case no. 1:25-cv-4501
and all others similarly situated,                 :
                                     :

          Plaintiffs,         :

                            :    **NOTICE OF VOLUNTARY**
      v.                          **DISMISSAL WITH**
                                        **PREJUDICE**

Viator, Inc.                     :

          Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: September 4, 2025

                                 EQUAL ACCESS LAW GROUP, PLLC

                                 *Attorneys for Plaintiff*

                                 **/s/ David B. Reyes**

                                 By: David B. Reyes, Esq.

                                 68-29 Main Street,

                                 Flushing, NY 11367

                                 Tel: (630)-478-0856

                                 Email: Dreyes@ealg.law